ORRY P. KORB, County Counsel (S.B. #114399)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS LEGLU, JR., an individual,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br><br>    Defendant. | No. CV13-01376 JSW<br><br>**JOINT MOTION FOR ORDER EXTENDING THE CLOSE OF NON-EXPERT DISCOVERY; REQUEST FOR DETERMINATION WITHOUT ORAL ARGUMENT** |

## I.

### INTRODUCTION AND SUMMARY OF RELIEF REQUESTED

The Parties to this action jointly move the Court for an order extending the close of non-expert discovery by two months – from February 18, 2014 to April 18, 2014. *The requested extension will not affect any of the other dates set in this case.* The Parties participated in mediation on December 11, 2013, with Paul Renne acting as the Court-appointed mediator. To minimize costs and legal fees, which might serve as an impediment to settlement, the parties engaged in limited discovery prior to mediation. Unfortunately, the mediation was not successful, although settlement discussions continue. At the urging of Mediator Renee, the parties now approach the Court for the requested order. A Stipulation and [Proposed] Order Continuing the Closure of Non-Expert Discovery is attached.

///

1

The Parties are in agreement with the requested relief and therefore request that the motion be determined without oral argument or by telephone conference call pursuant to Local Rule 7-1(b).

## II.

## POINTS AND AUTHORITIES

**A. GOOD CAUSE EXISTS TO CONTINUE CLOSURE OF NON-EXPERT DISCOVERY**

This Court's "Order Scheduling Trial and Pretial Matters" [Doc. No. 11] sets February 18, 2014 as the close of non-expert discovery. Trial is not scheduled until August 4, 2014. The Scheduling Order also states:

> No provision of this order may be changed except by written order of this court upon its own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b) without a showing of very good cause. If the modification sought is an extension of a deadline contained herein, the motion must be brought before expiration of that deadline. The parties may not modify the pretrial schedule by stipulation . . . The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk.

This is an employment harassment/retaliation action involving thousands of documents and scores of witnesses. Engaging in costly, full discovery prior to mediation would have been counter-productive to settlement discussions. Mediator Renne encourages the parties to continue with settlement discussions, but should the matter not resolve the amount of discovery needed to properly prepare this case for a trial on the merits cannot be reasonably accomplished by February 18, 2014. Given the August 2014 trial date, the Parties believe that closing non-expert discovery on April 18, 2014 is reasonable. They therefore respectfully request that the Court approve the attached Stipulation and [Proposed] Order Continuing Closure of Non-Expert Discovery.

**B. GOOD CAUSE EXISTS TO DETERMINE THE MOTION WITHOUT ORAL ARGUMENT**

The Court's Scheduling Order allows for modification of the Scheduling Order upon a motion pursuant to Local Rule 7-1(b), which states, "upon request by counsel and with the Judge's approval, a motion may be determined without oral argument or by telephone conference call."

///

2

Since the Parties are in agreement on the relief requested, they respectfully request that the Court determine this motion without oral argument or by a telephone conference call.

### III.

### CONCLUSION

The parties reasonably delayed full discovery to maximize the possibility of settlement at the court-sponsored mediation on December 11, 2014. Unfortunately, the case has not yet settled and the non-expert close of discovery is set for February 18, 2014. The parties cannot reasonably complete non-expert discovery by that date and request that it be continued to April 18, 2014 to properly prepare for trial, if trial becomes necessary. The trial date is not until August 5, 2014. The requested extension will not affect any of the other dates set in this case.

Moreover, since the Parties are in agreement, they request that this motion be determined without oral argument or by a telephone conference call.

I hereby attest that I have on file the holograph signature indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: January 8, 2014    Respectfully submitted,

ORRY P. KORB
County Counsel

By: _____/S/_____
Mark F. Bernal
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

Dated: January 7, 2014    By: _____/S/_____
John P. Flynn

Attorney for Plaintiff
CARLOS LEGLU, JR.

3

ORRY P. KORB, County Counsel (S.B. #114399)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS LEGLU, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br><br>Defendant. | No. CV13-01376 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE CLOSE OF NON-EXPERT DISCOVERY** |

    The parties, through their respective counsel of record, hereby stipulate and agree to an order extending the close of non-expert discovery by two months – from February 18, 2014 to April 18, 2014.

    WHEREAS, the parties to this action participated in court-sponsored mediation on December 11, 2013, with Paul Renne acting as the court-appointed mediator, and

    WHEREAS, the parties engaged in limited discovery prior to mediation to prevent increased fees and costs which may serve to hinder settlement, and

    WHEREAS, the parties did not resolve the matter at mediation, but were encouraged by Mediator Renee to keep discussions ongoing, and

    WHEREAS, the parties and Mediator Renee were in agreement that the current February 18, 2014 closure of non-expert discovery should be extended two months to facilitate ongoing discussions and, if necessary, to complete discovery prior to trial, and

WHEREAS, this matter is not scheduled for trial until August 5, 2014,

THEREFORE, the parties to this action hereby stipulate to an order extending the February 18, 2014 closure of non-expert discovery to April 18, 2014.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

IT IS SO STIPULATED.

Dated: January 8, 2014     Respectfully submitted,

ORRY P. KORB
County Counsel

By:     /S/
Mark F. Bernal
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

Dated: January 7, 2014     By:     /S/
John P. Flynn

Attorney for Plaintiff
CARLOS LEGLU, JR.

I CONCUR WITH THIS STIPULATION.

Dated: January 7, 2014     By:     /S/
Paul A. Renne
Mediator

**ORDER**

Having considered the above Stipulation, and good cause appearing therefore, it is hereby ordered that the close of non-expert discovery in this matter is extended to April 18, 2014.

Dated: January 9, 2014     JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE