ORRY P. KORB, County Counsel (S.B. #114399)
MICHAEL C. SERVERIAN, Deputy County Counsel (S.B. #133203)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS LEGLU, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br><br>Defendant. | No. CV13-01376 JSW<br><br>**[PROPOSED]** ORDER RE MOTION TO EXTENDING THE LAST DAY TO HEAR DISPOSITIVE MOTIONS; REQUEST FOR DETERMINATION WITHOUT ORAL ARGUMENT |

Having considered the Motion to Extend the Last Day to Hear Dispositive Motions; Request for Determination without Oral Argument, and Good Cause appearing therefore, it is hereby ordered that: The pretrial conference, jury selection, and trial are CONTINUED to August 25, September 10, and September 15, 2014, respectively.

1. The last day to hear dispositive motions in this matter is continued to June ~~13~~ 20, 2014; and,

2. Defendant's motion for summary judgment shall be filed with the Court no later than April 22, 2014; Plaintiff's opposition shall be filed no later than May 20, 2014; and Defendant's reply brief shall be filed no later than May 27, 2014.

IT IS SO ORDERED.

Date: March 17, 2014

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE