UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS LEGLU,<br>        Plaintiff,<br>   v.<br>COUNTY OF SANTA CLARA,<br>        Defendant. | Case No. 13-cv-01376-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 05/07/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 06/26/2014 AT 9:00 AM |
| Hearing on Motions in Limine | 10/30/2014 AT 2:30 PM |
| Final Pretrial Conference | 10/30/2014 at 2:30 PM |
| Trial | 11/10/2014 |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2   are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4   orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT Opposition Brief for Motion for Summary Judgment
6   due on 05/27/2014, Reply Brief due on 06/03/2014.

8   Dated:  May 09, 2014

    _____
    BETH LABSON FREEMAN
    United States District Judge