UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CARLOS LEGLU,

    Plaintiff,

v.

COUNTY OF SANTA CLARA,

    Defendant.

Case No.  13-cv-01376-BLF

**CASE MANAGEMENT ORDER**

On 05/07/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 06/26/2014 at 9:00 am |
| Final Pretrial Conference | 10/30/2014 at 2:30 pm |
| Trial | 10/30/2014 at 2:30 pm |

1      IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3      IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5      IT IS FURTHER ORDERED THAT the Opposition Brief for Motion for Summary
6 Judgment is due 05/27/2014, Reply Brief due 06/10/2014.

Dated:  05/13/2014, 2014

_____
BETH LABSON FREEMAN
United States District Judge