| | |
|---|---|
| 1 | ORRY P. KORB, County Counsel (S.B. #114399) |
| | MICHAEL C. SERVERIAN, Deputy County Counsel (S.B. #133203) |
| 2 | OFFICE OF THE COUNTY COUNSEL |
| | 70 West Hedding Street, East Wing, Ninth Floor |
| 3 | San Jose, California 95110-1770 |
| | Telephone: (408) 299-5900 |
| 4 | Facsimile: (408) 292-7240 |

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| CARLOS LEGLU, JR., an individual, | No. CV13-01376 BLF (HRL) |
| Plaintiff, | **STIPULATION AND ORDER DISMISSING WITH PREJUDICE THE COMPLAINT OF CARLOS LEGLU, JR. AGAINST COUNTY OF SANTA CLARA** |
| v. | |
| COUNTY OF SANTA CLARA, | |
| Defendant. | |

The parties, by and through their respective counsel of record, hereby stipulate and agree to an order dismissing with prejudice the Complaint filed by Carlos Leglu, Jr. as against Defendant County of Santa Clara in connection with the above-referenced matter. The parties further stipulate and agree to an order whereby all such parties waive any claim for statutory costs and/or attorneys' fees against one another.

///
///
///
///
///
///
///

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature within this efiled document.

                                                ORRY P. KORB
                                                COUNTY COUNSEL

Dated: October 23, 2014       By:       /S/
                                                MICHAEL C. SERVERIAN
                                                Deputy County Counsel

                                                Attorneys for Defendant
                                                COUNTY OF SANTA CLARA

                                                MCLEOD, MOSCARINO, WITHAM &
                                                FLYNN LLP

Dated: October 23, 2014       By:       /S/
                                                JOHN P. FLYNN

                                                Attorney for Plaintiff
                                                CARLOS LEGLU, JR.

**ORDER**

IT IS SO ORDERED.

Dated: October 27, 2014                                                 
                                                HONORABLE BETH L. FREEMAN
                                                United States District Court Judge

1011830

2

Stipulation and Order Dismissing with Prejudice the Complaint       CV13-01376 BLF (HRL)
of Carlos Leglu, Jr. Against County of Santa Clara